```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 49452
   MICHAEL L SHORT
   MARIA SHORT                                  CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6969      SSN XXX-XX-2745

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/08/2003 and was confirmed 02/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.73% from remaining funds.

     The case was paid in full 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    MORTGAGE ARRE    8549.54              .00       8549.54
KROPIK PAPUGA & SHAW     NOTICE ONLY     NOT FILED             .00           .00
HOMECOMINGS FINANCIAL    CURRENT MORTG        .00              .00           .00
HYUNDAI MOTOR FINANCE CO SECURED          3700.00           912.79       3700.00
HYUNDAI MOTOR FINANCE CO UNSECURED        5726.63              .00       1874.15
ADT SECURITY SERVICES    UNSECURED       NOT FILED             .00           .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED             .00           .00
ASSET ACCEPTANCE CORP    UNSECURED OTH   1703.58              .00        558.20
AT & T BANKRUPCTY        UNSECURED       NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED        3870.50              .00       1266.70
ECAST SETTLEMENT CORP    UNSECURED OTH    754.04              .00        246.03
ECAST SETTLEMENT CORP    UNSECURED        482.04              .00        157.76
HOUSEHOLD BANK           UNSECURED       NOT FILED             .00           .00
KMART                    UNSECURED       NOT FILED             .00           .00
MCI RESIDENTIAL SERVICES UNSECURED       NOT FILED             .00           .00
MC MAHON & SIGUNICK      UNSECURED       NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED        552.47              .00        180.81
ROUNDUP FUNDING LLC      UNSECURED        484.81              .00        158.66
ROUNDUP FUNDING LLC      UNSECURED       3517.45              .00       1151.16
ASSET ACCEPTANCE CORP    UNSECURED       3265.93              .00       1068.84
AT & T BANKRUPCTY        UNSECURED        401.02              .00        131.24
JOSEPH WROBEL            REIMBURSEMENT      9.00              .00          9.00
CAPITAL ONE BANK         UNSECURED        492.68              .00        161.24
CAVALRY PORTFOLIO SERVIC FILED LATE       613.65              .00           .00
HOMECOMINGS FINANCIAL NE COST OF COLLE       .00              .00           .00
JOSEPH WROBEL            DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                        1,298.88
DEBTOR REFUND            REFUND                                           220.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 49452 MICHAEL L SHORT & MARIA SHORT
```

```
--------------------------------------------------------------------------
TRUSTEE                                  23,845.00

PRIORITY                                                            9.00
SECURED                                                        12,249.54
    INTEREST                                                      912.79
UNSECURED                                                       6,954.79
ADMINISTRATIVE                                                  2,200.00
TRUSTEE COMPENSATION                                            1,298.88
DEBTOR REFUND                                                     220.00
                                        ---------------  ---------------
TOTALS                                   23,845.00           23,845.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 02/28/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE



                         PAGE   2
       CASE NO. 03 B 49452 MICHAEL L SHORT & MARIA SHORT